# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAWRENCE C., | Civil No. 2:19-CV-01773-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge will:

(1) reevaluate the severity of the claimant's impairments;

(2) obtain, if available, the testimony or written opinion of a medical expert regarding the claimant's mental limitations during the relevant period, and provide the claimant the opportunity to either propound interrogatories to the medical expert or ask the medical expert questions at a hearing;

(3) reevaluate medical opinions of record, including those of Drs. Hart and Chalstrom;

Page 1    ORDER - [2:19-CV-01773-MAT]

(4) reevaluate the claimant's residual functional capacity consistent with SSR 96-8p, and proceed with the sequential evaluation, as necessary; and

(5) issue a new decision.

This case is reversed and remanded on the above grounds, and Plaintiff is entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412, and costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

DATED this <u>21st</u> day of April, 2020.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Stephen Dmetruk
STEPHEN DMETRUK
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3725
Fax: (206) 615-2531
stephen.dmetruk@ssa.gov